**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-CR-20627-MOORE

UNITED STATES OF AMERICA,

v.

JOEL FRANCOIS,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**
**ON SUPERVISED RELEASE VIOLATION**

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Joel Francois (ECF No. 290).

    Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 292).

    Following entry of the Order setting the hearing, Defendant, by and through appointed counsel, has filed his Notice of Admission (ECF No. 293). Defendant states his intention to admit the violations charged at the final hearing before Judge Moore, and requests cancellation of the hearing before the undersigned.

    Accordingly, and upon Defendant's Notice, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the Violation as charged. The hearing set in this matter for March 18, 2022, is **cancelled**.

The Parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 7th day of March, 2022.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc: The Honorable K. Michael Moore
    Counsel of record

---

[1] The period to object herein is shortened, as Defendant has expressed his desire to appear before Judge Moore for his final revocation hearing and requests that the hearing before the undersigned be canceled.